Henry Nolasco, Plaintiff, v Soho Plaza Corp. et al., Defendants. Soho Plaza Corp. et al., Third-Party Appellants, v Diamond Era Construction, Inc., Third-Party Defendant, and Jason Birnbaum et al., Third-Party Respondents.

Submitted December 5, 2016; decided February 9, 2017

Reported below, 129 AD3d 924.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge Wilson taking no part.

The People of the State of New York, Respondent, v Christopher L. Anderson, Appellant.

Submitted February 6, 2017; decided February 9, 2017

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Judges Stein and Wilson taking no part.

The People of the State of New York, Respondent, v Otis Boone, Appellant.

Submitted February 6, 2017; decided February 9, 2017

Motion by Brooklyn Defender Services et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge Wilson taking no part.